IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:24-CV-101-FL

| | | |
|---|---|---|
| PHILLIP D. PARKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CCL METAL SCIENCE, f/k/a | ) | |
| Rheinableden Americas, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court upon plaintiff's motion (DE 7), seeking consolidation of the instant action with case No. 7:24-cv-99-BO, which is between the same parties and involves the same claims. Plaintiff represents that the filing of the instant duplicative action was the result of an inadvertent error. Plaintiff also requests a refund of the filing fee incurred in the instant action. To promote efficiencies in case management, rather than order consolidation, the court in the exercise of its discretion hereby DISMISSES the instant case, and DIRECTS the clerk to close this case and refund the filing fee to plaintiff.

SO ORDERED, this the 24th day of April, 2024.

_____
LOUISE W. FLANAGAN
United States District Judge